JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ATLAS, individually and on behalf of all others similarly situated, | Case No. CV 09-03452 DDP (PJWx) |
| Plaintiff, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| McMILLAN AND ANDREWS LLC, a/k/a McMILLAN AND ANDREWS ACQUISITIONS, LLC, | |
| Defendants. | |

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 4, 2010

_____
DEAN D. PREGERSON
United States District Judge